Argued June 5—decided June 5, 1973

MICHAEL VAN WAGONER ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF NORWALK ET AL.

The defendants' "Motion to Erase Appeal or, in the Alternative, Motion to Dismiss Appeal," which this court treats as a motion to dismiss the plaintiffs' appeal from the Court of Common Pleas in Fairfield County at Stamford, is granted.

*Leonard S. Hermann,* for the appellee (named defendant).

*Ernest L. Josem,* for the appellee (defendant John Soltis).

*Richard A. Shaffer,* for the appellants (plaintiffs).